# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            Plaintiff )
             )
             )
        vs. )
             )
*Jose Ramon Valadez, et al.,* )
             )
        Defendant(s) )

CRIMINAL NO. _05CR1802-L_
_08MJ1519-AJB_
    ORDER

RELEASING MATERIAL WITNESS

Booking No.

 

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Amelia Perez – Campos*

DATED: _6/3/08_

**ANTHONY J. BATTAGLIA**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
          **DUSM**

**OR**

W. SAMUEL HAMRICK, JR.  Clerk

by _____  **Y. MADUEN**
        **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082